FIRST HARTFORD REALTY CORPORATION v. PLAN AND ZONING COMMISSION OF THE TOWN OF BLOOMFIELD

The plaintiff's motion for permission to file a response to the defendant's reply brief in the appeal from the Superior Court in Hartford County is denied.

*Milton Sorokin* and *Alexander A. Goldfarb,* in support of the motion.

Submitted September 27—decided October 2, 1973

STATE OF CONNECTICUT v. LESLIE PHILLIPS

The motion by the firm Barlow and Lewis to withdraw its appearance for the defendant in the appeal from the Superior Court in Hartford County is granted.

*Boce W. Barlow, Jr.,* in support of the motion.

*Edward F. Pasiecznik,* assistant attorney general, in opposition.

Argued October 2—decided October 3, 1973

HENRY DABKOWSKI v. THE PLANNING AND ZONING COMMISSION OF THE TOWN OF PORTLAND ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Middlesex County is denied.

*Peter J. Preisner,* in support of the petition.

*Richard C. Robinson,* in opposition.

Submitted September 17—decided October 3, 1973